Decided December 5, 2000

### STATE OF CONNECTICUT *v.* JIMMY CASTRO

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 78 (AC 17410), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Richard Callahan,* special public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided December 5, 2000